The People of the State of New York, Respondent, 
against
Charles B. McLaurin, Appellant.



Appeal from five judgments of the City Court of New Rochelle, Westchester County (Anthony A. Carbone, J.), rendered August 26, 2014. The judgments convicted defendant, after nonjury trials, of five charges of parking a motor vehicle on a public highway without a certificate of inspection.




ORDERED that the judgments of conviction are reversed, on the law, the accusatory instruments are dismissed, and the fines, if paid, are remitted.
Five accusatory instruments were filed, each charging a separate violation of Vehicle and Traffic Law § 306 (b), parking a motor vehicle on a public highway without a certificate of inspection. Following nonjury trials, defendant was convicted as charged and the City Court imposed a fine of $100 on each violation.
Since there was no testimony at trial establishing any nexus between defendant and the vehicles which had been parked without certificates of inspection, the People failed to prove a necessary element of each offense charged (see People v Palmieri, 14 Misc 3d 106 [App Term, 2d Dept, 9th & 10th Jud Dists 2007]).
Accordingly, the judgments of conviction are reversed and the accusatory instruments are dismissed.
Brands, J.P., Marano and Tolbert, JJ., concur.
Decision Date: November 28, 2016